# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–1 | User: admin | Date Created: 9/6/2023 |
| Case: 23–01008 | Form ID: SUM | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Jullian Sekona      jsekona@kbkllp.com

TOTAL: 1